IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION FOR RELEASE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Christopher Lacy, | ) | Case No. 1:24-cr-110 |
| | ) | |
| Defendant. | ) | |

On July 8, 2024, the court issued an order detaining Defendant pending a placement at a residential reentry facility or appropriate treatment facility. (Doc. No. 21)

On October 24, 2024, Defendant filed a "Motion to Amend Pretrial Detention Order." (Doc. No. 138). He advises that he has secured a placement at the Prairie Recovery Center. He requests to be released so that he can travel to the Prairie Recovery Center and participate in its inpatient treatment program.

The court **GRANTS** Defendant's motion. (Doc. No. 138). Defendant shall be released to Prairie Recovery Center staff or other person(s) approved by the Pretrial Services Office no earlier than 10:00 AM on November 4, 2024, for transport to the Prairie Recovery Center. Defendant's release shall be subject to the following conditions:

(1) Defendant shall not violate federal, state, tribal, or local law while on release.

(2) Defendant shall appear in court as required and surrender for any sentence imposed.

(3) Defendant shall refrain from the use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner, any use of medical marijuana,

and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test.

(4)     Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

(5)     Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(6)     Defendant shall not knowingly or intentionally have any direct or indirect contact with witnesses or co-defendants, except that counsel for Defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of Defendant's legal defense.

(7)     Defendant shall reside at the Prairie Recovery Center, fully participate in its treatment programming, and comply with all of its rules and regulations.

(8)     Defendant must sign all release forms to allow the Pretrial Services Officer to obtain information from the Prairie Recovery Center OR to communicate with Prairie Recovery Center staff about his progress in the treatment program.

Any passes allowed by the Prairie Recovery Center must be approved by the Pretrial Services Officer.

If for any reason Defendant is terminated from the Prairie Recovery Center, he must immediately surrender to the custody of the United States Marshal.

At least 96 hours prior to anticipated completion of the treatment programming, Defendant must advise the Pretrial Services Officer of his anticipated completion

      date so the court may schedule a hearing to review his release status.

(9)      Defendant shall submit his person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of his release. Defendant shall notify any other residents that the premises may be subject to search pursuant to this condition.

(10)      Defendant shall not obtain a passport and other foreign travel document(s).

(11)      Defendant must report as soon as possible, to the Pretrial Service Office or his supervising Pretrial Service Officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(12)      With 24 hours of her arrival at the Prairie Recovery, Defendant shall contact Pretrial Services Officer Stephanie Cherney at (701) 530-2396

If Defendant cannot be transported to the Prairie Recovery Center as anticipated on November 4, 2024, he shall remain in custody pending further order.

**IT IS SO ORDERED.**

Dated this 4rd day of November, 2024.

                                                        */s/ Clare R. Hochhalter*
                                                        Clare R. Hochhalter, Magistrate Judge
                                                        United States District Court